*Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1118. LANE *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the County Court of Oneida County, New York, denied.

No. 1125. SLATER *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 1132. MARTIN *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the County Court of Rockland County, New York, denied.

No. 1145. BORDELEAU *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the Court of General Sessions of the City and County of New York, New York, denied.

No. 1171. ROSS *v.* NIERSTHEIMER, WARDEN. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois; and

No. 1192. POPPE *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois. April 14, 1947. Denied.